UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | |
|---|---|
| **PAUL RUDY GUERRERO,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **Civil Action Number:** |
| ) | **6:12-cv-03673-AKK-SGC** |
| **FREDDIE BUTLER, et al.,** ) | |
| ) | |
| Respondents. ) | |

## **MEMORANDUM OPINION**

On February 16, 2016, the magistrate judge entered a report, doc. 21, recommending this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 be denied as procedurally defaulted and/or on the merits. The parties were afforded an opportunity to object; no objections have been filed.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report of the magistrate judge and **ACCEPTS** her recommendations. In accordance with the report and recommendation, the court finds that all claims asserted in this matter are due to be denied. Additionally, for the reasons stated in the report and recommendation, a certificate of appealability pursuant to Rule 11 of the *Rules Governing 2254 Proceedings* is due to be denied.

A separate order will be entered.

**DONE** the 11th day of March, 2016.

                                                                  _____
                                                                  **ABDUL K. KALLON**
                                                                  UNITED STATES DISTRICT JUDGE